United States District Court
Southern District of Texas

**ENTERED**

October 23, 2017

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MYRON GLAZE** | § | |
| | § | **CIVIL ACTION NO. ____4:17-cv-03020** |
| | § | |
| **V.** | § | **JURY DEMANDED** |
| | § | |
| **ALLSTATE VEHICLE AND** | § | **NOTICE OF REMOVAL OF** |
| **PROPERTY INSURANCE COMPANY** | § | **ACTION UNDER 28 U.S.C.** |
| | § | **§1441(a)** |

## ORDER

THIS COURT, having considered the Motion to Dismiss for Inadvertent Removal filed by Defendant, Allstate Vehicle and Property Insurance Company, is of the opinion that the Motion has merit and should be granted. It is, therefore,

ORDERED that this Cause be closed so that the case styled Cause No. 2017-56195, *Myron Glaze v. Allstate Vehicle and Property Insurance Company* may be re-opened in the 80th Judicial District Court of Harris County, Texas, wherein this cause was originally and properly filed.

SIGNED this ___**20**___ day of ___**Oct**___, **2017** .

_____
UNITED STATES DISTRICT JUDGE